NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MODERN FONT APPLICATIONS LLC,**
*Plaintiff-Appellant*

**v.**

**PETSMART, INC., NKA PETSMART LLC,**
*Defendant-Appellee*

---

2021-1543

---

Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00613-BSJ, Senior Judge Bruce S. Jenkins.

---

## JUDGMENT

---

PERRY S. CLEGG, Johnson & Martin, P.A., Salt Lake City, UT, argued for plaintiff-appellant.

DAVID SWETNAM-BURLAND, Brann & Isaacson, Lewiston, ME, argued for defendant-appellee. Also represented by PETER J. BRANN, STACY O. STITHAM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 10, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |